United States Bankruptcy Court
Central District of California

In re:  
Aram A. Vardanyan  
     Debtor

Case No. 13-36586-RK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2014  
                           Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2014.  
db        +Aram A. Vardanyan,    750 N. Whitnall Hwy, Apt. G,    Burbank, CA 91505-2956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2014 at the address(es) listed below:  
           Allen A Sarkisian    on behalf of Debtor Aram A. Vardanyan salmast@hotmail.com  
           Heide Kurtz (TR)    trustee@hkurtzco.com,  ca45@ecfcbis.com  
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                          TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Allen A. Sarkisian, Esq. (SBN: 228409)<br>LAW OFFICES OF ALLEN A. SARKISIAN, APLC<br>520 East Broadway, Suite 203<br>Glendale, CA 91205<br><br>Tel: (818) 291-0047<br>Fax: (818) 291-0049<br>Email: salmast@hotmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant, Aram A. Vardanyan | **FILED & ENTERED**<br><br>**JUN 25 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gae          DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ARAM A. VARDANYAN | CASE NO.: 2:13-bk-36586-RK<br>CHAPTER: 7 |
|---|---|
| | **ORDER  ☒ GRANTING  ☐ DENYING<br>MOTION TO AVOID LIEN UNDER<br>11 U.S.C. § 522(f) (REAL PROPERTY)** |
| | ☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
| Debtor(s). | |

**Creditor Holding Lien to be Avoided** (*name*): Fidelity Recovery, LLC

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 1          F 4003-2.1.AVOID.LIEN.RP.ORDER

3. The real property to which this order applies is as follows:

    a. Street address (*specify*):

    750 N. Whitnall Hwy., Apt. G, Burbank, CA 91505.

    b. Legal description (*specify*): ☐ See attached page

    Tract No: 38470 Abbreviated Description: CITY: REGION/CLUSTER: 03/03496 SUBD:WHITNALL VILLAS TR#:38470 *TR=38470 CONDOMINIUM*UNIT 1 City/Muni/Twp: REGION/CLUSTER: 03/03496
    **APN: 2480-017-029**

4. Recording information regarding lien to be avoided:

    a. Date of recordation of lien (*specify*): 03/19/2009.

    b. Recorder's instrument number or map/book/page number (*specify*):
    20090395821

5. ☒ Motion granted:

    a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☒ The judicial lien is hereby declared void and unenforceable:

        (1) ☒ In its entirety

        (2) ☐ In the following amount *only*: $ ___  The balance of $ ___ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☐ Insufficient evidence of fair market value.

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

//
//
//

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 2      **F 4003-2.1.AVOID.LIEN.RP.ORDER**

7. ☐ The court further orders as follows (*specify*):
    ☐ See attached page

###

Date: June 25, 2014

_____
Robert Kwan
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 3                        **F 4003-2.1.AVOID.LIEN.RP.ORDER**